**2014–2223.   State ex rel. Hunter v. Cunningham.**
In Mandamus, Prohibition, and Habeas Corpus. This cause originated in this court on the filing of a complaint for writs of mandamus, prohibition, and habeas corpus.
    It is ordered by the court, sua sponte, that respondents shall file a response to the complaint no later than 12:00 p.m. on Friday, December 26, 2014. No stipulations or requests for extension of time to file a response to the complaint shall be permitted in this case.

**2014–2223.   State ex rel. Hunter v. Cunningham.**
In Mandamus, Prohibition, and Habeas Corpus. This cause originated in this court on the filing of a

complaint for writs of mandamus, prohibition, and habeas corpus. It is ordered by the court that the sentence of relator, Tracie M. Hunter, is stayed pending resolution of her appeal. No additional bond is required and relator shall continue to remain free on her own recognizance during the pendency of her appeal. It is further ordered that the writs are denied and the cause is dismissed.

O'CONNOR, C.J., and PFEIFER and O'NEILL, JJ., concur.

FRENCH, J., concurs in part and concurs in the stay, and would deny writs of mandamus and prohibition, but would grant a writ of habeas corpus.

O'DONNELL and KENNEDY, JJ., dissent, and would deny writs of mandamus and prohibition, but would grant a writ of habeas corpus and remand the case to the court of appeals where the file is located, with instructions to set an appropriate bond pending appellate resolution of relator's appeal. The only matters before this court are the writ cases, not the appeal of the underlying case and thus there is no record before this court upon which to set an appropriate bond.

LANZINGER, J., dissents and would deny all writs and not issue a stay.